## Commonwealth *v.* Herman, Appellant.

Submitted March 10, 1975. *Glenn C. Vaughn* and *David W. Stitely*, Assistant Public Defenders, and *John H. Chronister*, Public Defender, for appellant;

*Kenneth J. Sparler*, Assistant District Attorney, and *Donald L. Reihart*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.